UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>                    Plaintiff,           )<br>                                                      )<br>v.                                                  )     3:10-CR-0045-LRH (VPC)<br>                                                      )<br>TIMOTHY JACKSON,                  )<br>                                                      )<br>                    Defendant.       ) | |

**FINAL ORDER OF FORFEITURE**

On November 19, 2010 (Docket #26), the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a), based upon the plea of guilty by defendant TIMOTHY JACKSON to criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant TIMOTHY JACKSON pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 30, 2010 through December 29, 2010, notifying all known third parties of their right to petition the Court. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;

(b) a San Disk Cruzer micro 4GB USB thumb drive;

(c) an "Adata" brand USB thumb drive; and

(d) an Acer laptop s/n 2126777900708.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this   1st   day of   March  , 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE